**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Dexter Powell,

Defendant.

Criminal No. 02-259 (RHK/AJB)

**ORDER FOR APPOINTMENT OF COUNSEL**

---

The Court has determined that the Defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: April 30, 2008

s/Richard H. Kyle
RICHARD H. Kyle
United States District Judge