THE UNITED STATES DISTRICT CORT FOR
THE DISTRICT OF MINNESOTA
CLERK OF COURTS DIVISION

| | |
|---|---|
| Dexter Powell | ) Criminal No. |
| | ) 0:02-CR-00259 (1) RHK\|AJB |
| vs. | ) |
| | ) |
| United States of America, Respondant | ) |

RECEIVED BY MAIL
MAY 12 2008
CLERK US DIST COURT MINNEAPOLIS MN

SCANNED
MAY 13 2008
U.S. DISTRICT COURT ST. PAUL

MOTION PURSUANT To 18 USC & 3582(c) (2)

COMES NOW THE PETITIONER, PROSE,

To move the court to modify his terms of imprisonment pursuant to the new sentencing guidlines granting a two-point sentening reduction for certain crack cocaine offenses, to be given at the discretion of the sentencing court.

The petitioner feels he qualifies for the afore-mentioned relief, and hereby respectfully petitions the court to grant the two-point reduction of his original point level, persuant to 18 USC & 3582 (c) (2).
He realizes that the granting of the relief requested in this motion is up to the sentencing court, and prays that it orders his sentence to be modified accordingly.

Respectfully submitted this 8th day of May 2008

Dexter Powell

Dexter Powell #10571-041
Federal Correctional Institution
P.O. Box 2000 / Unit 5802
Fort Dix, N.J. 08640